(March 27, 2009)

■ In the Matter of PAUL BROWN, as President of Building and Construction Trades Council of Buffalo and Vicinity, et al., Respondents, v COUNTY OF ERIE et al., Appellants. OPERATING ENGINEERS LOCAL 17 TRAINING FUND, Intervenor-Respondent; ASSOCIATED BUILDERS AND CONTRACTORS, INC., Intervenor-Appellant. (Appeal No. 1.) [874 NYS2d 923]—Appeals from an order of the Supreme Court, Erie County (Timothy J. Drury, A.J.), entered October 16, 2007 in a proceeding pursuant to CPLR article 78. The order, insofar as appealed from, denied the motions of respondents to dismiss the petition.

It is hereby ordered that said appeals are unanimously dismissed without costs (*see* CPLR 5701 [b] [1]). Present—Smith, J.P., Centra, Peradotto and Gorski, JJ.